UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSHUA STEVENS )<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>IRECOVERY, LLC, JOHN DOES, AND JANE DOES )<br>    Defendant, )<br>)<br>) | Civil Action No.<br><br>1:11-CV-11555-WGY |

## NOTICE OF DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), the Plaintiff hereby voluntarily dismisses this action with prejudice and each party to bear their own costs and attorney fees.

Dated: November 3, 2011

> RESPECTFULLY SUBMITTED:
>
> /s/ Kevin V. K. Crick, Esq.
> Kevin V. K. Crick
> Consumer Rights Law Firm, PLLC
> 2 Dundee Park, Suite 201
> Andover, MA 01810
> Phone: (978) 212-3300
> Fax: (888) 712-4458
> Email:kevinc@consumerlawfirmcenter.com
> Attorney for Plaintiff

### PROOF OF SERVICE

I hereby certify that on November 3, 2011, a copy of the foregoing was filed electronically in accordance with the Court's Electronic Filing Guidelines. Notice of this filing will be sent to all parties by operation of the court's electronic filing system and electronic email. Parties may access this filing through the court's system.

> /s/ Kevin V. K. Crick, Esq.